JOAN M. GRIMES
State Bar No. 121502
Law Office of Joan M. Grimes
1600 S. Main Street, Suite 100
Walnut Creek, CA 94596
(925) 323-7772 VOICE
(925) 407-8373 FAX

Attorney for Debtor

The following constitutes
the order of the court. Signed April 16, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Bermudez | Case No. 14-44734-RLE-13 |
| | Chapter 13 |
| Debtor | ORDER ASSUMING COMMERCIAL LEASES |

Upon the review of the Notice of and Application to Assume Commercial Leases, the pleadings and papers contained in the Court's file and realizing that no Objection or Request for Hearing was timely served, the Court hereby grants the debtors' application to assume the lease agreements at 415 Beatrice Court, Brentwood, CA 94513 pursuant to the terms of the Lease Agreements formerly held by SIC Properties, LLC and acquired via sale by Stephen Roller.

**END OF ORDER**

ORDER ASSUMING COMMERCIAL LEASES

Page 1

**COURT SERVICE LIST**

ORDER ASSUMING COMMERCIAL LEASES