Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Armando Bermudez

Chapter 13 Case No:
14-44734-RLE13

WITHDRAWAL
OF
MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS for the above named Chapter 13 Case which was filed on June 12, 2018, same being court docket #29.

Date: June 22, 2018

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re:<br>    Armando Bermudez | Chapter 13 Case No:<br>14-44734-RLE13 |

Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Armando Bermudez<br>773 Redhaven Street<br>Brentwood,CA 94513 | Joan Grimes Atty<br>1600 S Main St #100<br>Walnut Creek,CA 94596 |
| (Debtor(s)) | (Counsel for Debtor(s)) |

Date: June 22, 2018                    /s/ CHRISTIE PINEDA
                                                    CHRISTIE PINEDA